Sonny Ray Hardaway
P-45579 C2-124L
Centinela State Prison
P.O. Box 921
Imperial, CA 92251
"IN PRO-PER"

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  ProSe ___

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,
PLAINTIFF,

V.

P. ANCHONDO, LAW LIBRARIAN,
DOE-1, ELECTRICIAN,
DOE-2, MAINTENANCE,
DOE-3, LAUNDRY SUPERVISOR,
   DEFENDANTS.

NO. — '08 CV 1605 W WMc

COMPLAINT FOR CONSPIRACY, DISCRIMINATION, FRAUD, HARASSMENT, INTIMIDATION, RETALIATION, THREATENING, DENIED ACCESS TO THE LAW LIBRARY, DENIED ACCESS TO THE COURTS, DENIED FIXED WALL SOCKET AND MIRROR IN CELL, DENIED CLEAN AND ENOUGH LAUNDRY

PLAINTIFF

AT ALL TIMES MENTIONED IN THIS COMPLAINT ISAAC-PLAINTIFF MR. SONNY RAY HARDAWAY WAS AND STILL IS A WRONGLY CONVICTED PRISONER UNDER THE DEPARTMENT OF CORRECTIONS, AT CENTINELA STATE PRISON, IN THE CITY OF IMPERIAL, IN THE COUNTY OF IMPERIAL, IN THE STATE OF CALIFORNIA

DEFENDANTS

AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANT P. ANCHONDO WAS WORKING AS A LAW LIBRARIAN IN CENTINELA STATE PRISON, IN THE CITY OF IMPERIAL, IN THE COUNTY OF IMPERIAL, IN THE STATE OF CALIFORNIA.

AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANT DOE-1 WAS WORKING AS A ELECTRIAN, IN CENTINELA STATE PRISON, IN THE CITY OF IMPERIAL, IN THE COUNTY OF IMPERIAL, IN THE STATE OF CALIFORNIA.

AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANT DOE-2 WAS WORKING AS A MAINTENCE MAN, IN CENTINELA STATE PRISON, IN THE CITY OF IMPERIAL, IN THE COUNTY OF IMPERIAL, IN THE STATE OF CALIFORNIA.

AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANT DOE-3 WAS WORKING AS A LAUNDRY SUPERVISOR, IN CENTINELA STATE PRISON, IN THE CITY OF IMPERIAL, IN THE COUNTY OF IMPERIAL, IN THE STATE OF CALIFORNIA.

## STATEMENT OF CLAIMS

IN 1999 THE PROSECUTOR BASED HIS CASE THAT ON 1-4-99 THE CLOCK IN THE PAWN SHOP WAS 40-MINUTES FAST, THE PAWN RECEIPT READ 12:01, THAT KENITRA GAYLE LEWIS FRAZIER PAWNED A BRACLET AT 11:21, BLACK PLAINTIFF RECEIVED $15.00, LEFT AND WENT TEN BLOCKS AND AT 11:31 KIDNAPPED JANE DOE, THEN WAS ARRESTED AT 12:09

BLACK PLAINTIFF BASED HIS CASE THAT ON 1-4-99 THE CLOCK IN THE PAWN SHOP WAS 19-MINUTES FAST, THE PAWN RECEIPT READ 12:02, THAT KENITRA GAYLE LEWIS FRAZIER PAWNED HIS BRACLET AT 11:43, BLACK PLAINTIFF RECEIVED $10.00, LEFT FOR HOME AND WAS ARRESTED ON 88TH AVE AT 12:0

THE PAWN SHOP SECURITY CAMERA TAPE WAS EXCLUDED FROM TRIAL BECAUSE IT SHOWED BLACK PLAINTIFF IN THE PAWN SHOP AT 11:21, 11:31 AND LEAVING AT 11:43.

THE PAWN RECEIPT WAS EXCLUDED FROM TRIAL BECAUSE IT READ 12:02. OFFICER PETE CARNA'S REPORT WAS EXCLUDED FROM TRIAL BECAUSE IT STATED THA HIS BRACLET WAS PAWNED AT 11:43 ON 1-4-99 BY KENITRA GAYLE LEWIS FRAZIE THE PROSECUTORS INSPECTORS REPORT WAS EXCLUDED FROM TRIAL BECAUSE IT

STATES THAT KENITRA GAYLE LEWIS FRAZIER'S PAWN RECEIPT READ 12:02. THE DNA RESULT WAS EXCLUDED FROM TRIAL BECAUSE IT WAS NEGATIVE. THE DOCTOR'S REPORT WAS EXCLUDED FROM TRIAL BECAUSE IT STATES, THAT JANE DOE WAS DEPRESSED BECAUSE OF SCHOOL, HAS NOT BATH YET, AND A SCRATCH ON HER JAW IS HER ONLY INJURY.

2006 BLACK-PLAINTIFF WENT TO THE LAW LIBRARY, OFFICER A. PEAR SEARCHED HIS CONFIDENTIAL LEGAL WORK, PATTED HIM DOWN AND TOLD OTHERS THAT HE IS IN PRISON FOR KIDNAPPING AND ASSAULTING JANE DOE

2006 BLACK-PLAINTIFF WAS TOLD BY OTHERS THAT SERGEANT B. SATHE, TOLD OTHERS THAT HE IS IN PRISON FOR KIDNAPPING AND ASSAULTING JANE DOE.

ON OR ABOUT 12-14-07 BLACK-PLAINTIFF TOOK ALL OF HIS CONFIDENTIAL LEGAL WORK TO RECEIVING AND RELEASE, 25-LAWSUIT CASES AND ONE CASE THAT IS CRIMINAL, ALSO 602-APPEALS.

12-18-07 BLACK-PLAINTIFF ARRIVED AT CENTINELA STATE PRISON, BUT WAS NOT GIVEN ANY OF HIS CONFIDENTIAL LEGAL WORK. DID NOT HAVE A INK PEN TO LET THE COURT KNOW HIS NEW ADDRESS, HE ALSO DID NOT HAVE 28-LINE PAPER FOR A MOTION OR BLANK PAPER FOR EXHIBITS, AND NO ENVELOPES TO MAIL THE DOCUMENTS IN TO THE COURT.

BLACK-PLAINTIFF FILLED OUT A REQUEST AND MAILED IT TO DEFENDANT ANCHONDO TWO REQUEST A WEEK, ONE THURSDAY NIGHT AND ONE SUNDAY NIGHT, ASKING TO BE DUCTED TO THE LAW LIBRARY, TO DO LEGAL RESEARCH AND COPIES, AND TO BE MAILED 28-LINE PAPER, BLANK PAPER AND ENVELOPES OF ALL SIZES

12-24-07 BLACK-PLAINTIFF RECEIVED BY THE REQUEST FROM DEFENDANT ANCHONDO STATING DON'T HAVE, WE DO NOT SEND THESE ITEMS TO YOUR CELL YOU NEED TO BE DUCTED TO THE LAW LIBRARY, ANY ENVELOPES YOU BUY MUST BE SENT FROM THE LAW LIBRARY ON THE SAME DAY YOU PURCHASE THEM, LEGAL ADDRESS ONLY.

BlackPlaintiff received a document from Kern County Superior Court stating that he had ten (10) days to respond. And another one from the Department of Justice stating, that this litigation shall be automatically dismissed unless he respond within ten days of the filing of this notice.

BlackPlaintiff mailed to Defendant DOE-1 a request twice a week, 12-20-07, 12-23-07, 12-27-07, 12-30-07, 1-3-08, 1-6-08 and still going. It was to let Defendant DOE-1 know that the wall socket in the cell needed to be fixed. Forcing BlackPlaintiff to go without unfixed wall sockets for many days.

BlackPlaintiff mailed to Defendant DOE-2 a request twice a week, 12-20-07, 12-23-07, 12-27-07, 12-30-07, 1-3-08, 1-6-08 and still going. It was to let Defendant DOE-2 know that a mirror needed to be put in the cell like the other cells. Forcing BlackPlaintiff to go without a mirror for many days.

BlackPlaintiff set out his laundry every week so it could be cleaned by Defendant DOE-3. The laundry was never picked up. Not the two sheets and pillow case, not the blue shirt or blue pants. Defendant forced BlackPlaintiff to wear dirty clothes and sleep on dirty sheets and a pillow case for 22-days and counting.

LEGAL CLAIMS

HARDAWAY v. ANCHONDO

Defendant is being sued in her individual and official capacity for violating BlackPlaintiff's basic and fundamental civil rights and depriving him of his California and U.S. Constitution. Defendant denied BlackPlaintiff the right to be free from conspiracy discrimina[tion]

FRAUD, HARASSMENT, INTIMIDATION, RETALIATION AND THREATENING. DEFENDANT DENIED BLACKPLAINTIFF THE RIGHT TO HAVE ADEQUATE ACCESS TO THE LAW LIBRARY. DEFENDANT DENIED BLACKPLAINTIFF THE RIGHT TO HAVE ADEQUATE ACCESS TO THE COURTS. DEFENDANT IS SAYING THAT THOSE WHO DO NOT HAVE A DEADLINE CAN NOT EVER GET IN THE STATE LAW LIBRARY, TO GET LEGAL FORMS, CHECK OUT A BOOK, DO LEGAL RESEARCH TO LEARN HOW TO BEGIN A CASE AND GET COPIES. TO BUY ENVELOPES OF ALL SIZES, TO BUY 28-LINE PAPER TO TYPE OR WRITE A CASE OUT. TO BUY BLANK PAPER TO USE FOR EXHIBITS IN A CASE.

    CA. CONST. ART. I, SEC.        U.S. CONST. AMEND.

HARDAWAY v. DOE-1

    DEFENDANT IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR VIOLATING BLACKPLAINTIFFS BASIC AND FUNDAMENTAL CIVIL RIGHTS AND DEPRIVING HIM OF HIS CALIFORNIA AND U.S. CONSTITUTION. DEFENDANT DENIED BLACKPLAINTIFF THE RIGHT TO BE FREE FROM CONSPIRACY, DISCRIMINATION, FRAUD, HARASSMENT, INTIMIDATION, RETALIATION AND THREATENING. DEFENDANT DENIED BLACKPLAINTIFF THE RIGHT TO HAVE CLEAN FIXED WALL SOCKETS FOR MANY WEEKS. DEFENDANT FIXED THE WALL SOCKETS IN THE WHITE PRISONER CELL BUT REFUSE TO ANSWER BLACKPLAINTIFFS REQUESTS.

    CA. CONST. ART. I, SEC.        U.S. CONST. AMEND.

HARDAWAY v. DOE-2

    DEFENDANT IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR VIOLATING BLACKPLAINTIFFS BASIC AND FUNDAMENTAL CIVIL RIGHTS AND DEPRIVING HIM OF HIS CALIFORNIA AND U.S. CONSTITUTION. DEFENDANT DENIED BLACK PLAINTIFF THE RIGHT TO BE FREE FROM CONSPIRACY DISCRIMINATION, FRAUD

HARASSMENT, INTIMIDATION, RETALIATION AND THREATENING. DEFENDANT DENIED BLACK-PLAINTIFF THE RIGHT TO HAVE A MIRROR IN THE CELL LIKE THE WHITE PRISONER HAVE A MIRROR IN THEIR CELL. WITH NO MIRROR BLACK-PLAINTIFF COULD NOT SEE HOW TO COMB HIS HAIR, HE COULD NOT SEE HOW TO SHAVE OR TO CLEAN HIS FACE. DEFENDANT DID DENY BLACK-PLAINTIFF THE RIGHT TO HAVE A MIRROR IN HIS CELL FOR MANY WEEKS. DEFENDANT REFUSE TO ANSWER THE MANY REQUEST.
    CA. CONST. ART. 1. SEC.            U.S. CONST. AMEND

### HARDAWAY v. DOE-3

DEFENDANT IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY FOR VIOLATING BLACK-PLAINTIFFS BASIC AND FUNDAMENTAL CIVIL RIGHTS AND DEPRIVING HIM OF HIS CALIFORNIA AND U.S. CONSTITUTION. DEFENDANT DENIED BLACK-PLAINTIFF THE RIGHT TO BE FREE FROM CONSPIRACY, DISCRIMINATION, FRAUD, HARASSMENT, INTIMIDATION, RETALIATION AND THREATENING. DEFENDANT DENIED BLACK-PLAINTIFF THE RIGHT TO SLEEP ON CLEAN SHEETS AND A PILLOW CASE, BUT FORCED HIM TO SLEEP ON DIRTY FILTHY NASTY LINEN. DEFENDANT DENIED BLACK-PLAINTIFF THE RIGHT TO HAVE A CLEAN BLUE SHIRT AND CLEAN BLUE PANTS BUT FORCED HIM TO WEAR DIRTY FILTHY NASTY BLUE SHIRT AND BLUE PANTS.
    CA. CONST. ART. 1. SEC.            U.S. CONST. AMEND

### RELIEF CLAIMS

WHEREFORE BLACK-PLAINTIFF PRAYS JUDGMENT AGAINST EACH DEFENDANTS:
1. IN THE SUM OF $1,800,000 TO BLACK-PLAINTIFF FROM DEFENDANT P. ANCHONDO.
2. IN THE SUM OF $800,000 TO BLACK-PLAINTIFF FROM DEFENDANT DOE-1.

3. IN THE SUM OF $600,000 TO BLACK-PLAINTIFF FROM DEFENDANT DOE-2

4. IN THE SUM OF $800,000 TO BLACK-PLAINTIFF FROM DEFENDANT DOE-3

5. DOUBLE IN PUNITIVE DAMAGES TO BLACK-PLAINTIFF FROM DEFENDANTS P. ANCHONDO, DOE-1, DOE-2 AND DOE-3.

6. DEFENDANTS PAY FOR THE COST OF THIS LAWSUIT

7. A JURY TRIAL BE HELD ON ALL ISSUES AGAINST DEFENDANTS

8. ANY AND FURTHER RELIEF THAT THE COURT DEEM PROPER.

DATE: 8-28-08

Mr. Sonny Ray Hardaway
MR. SONNY RAY HARDAWAY
"PRO-PER"

# CIVIL COVER SHEET

**I(a) PLAINTIFFS**

**DEFENDANTS**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  *IMPERIAL*
( EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *IMPERIAL*
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ *$6,200,000*

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

*CONSPIRACY, DISCRIMINATION, FRAUD, HARASSMENT, INTIMIDATION, RETALIATION, THREATENING, DENIED ACCESS TO LAW LIBRARY AND COURT, DENIED FIXED WALL SOCKET, MIRROR, CLEAN AND ENOUGH LAUNDRY*

## VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL INJURY | FORFEITURE / PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 630 Liquor Laws | PROPERTY RIGHTS |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R. & Truck | ☐ 820 Copyrights |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 830 Patent |
| ☐ 810 Selective Service | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment Of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | SOCIAL SECURITY |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | | LABOR | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Information Act | ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | | |
| | ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | |

## VIII(a). IDENTICAL CASES:

Has this action been previously filed and dismissed, remanded or closed? ____ No ____ Yes

If yes, list case number(s): _____

---

CV-71 (8/99) of 2                    CIVIL COVER SHEET - Continued on Reverse                    Page 1

FOR OFFICE USE ONLY: ☐ Pro Hac Vice fee: ☐ paid ☐ not paid

Applying IFP _____ Judge _____ Mag. Judge _____

PROOF OF SERVICE BY MAIL

I, _BLACK PLAINTIFF_, do hereby declare:

I served a copy of the following documents on each of the parties as listed below by placing a true copy in the United States Mail at _IMPERIAL_, California on _8-28-08_.
① SUMMONS, ② CIVIL COVER SHEET ③ LAWSUIT

Person or party served:

U.S.D.C., S.D. OF CA, 940 FRONT ST., #4290, S.D., CA 92101-8900

I declare under penalty of perjury that the foregoing is true and correct.

Executed in _IMPERIAL_, California on this the _28_ day of _AUGUST_, _2008_.

_Mr. Henry Ray Harlow_
DECLARANT

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Sonny Ray Hardaway

FILING FEE PAID
Yes ___ No ✓

IFP MOTION FILED
Yes ___ No ✓

COPIES ISSUED TO:
Court ___ ProSe ✓

**DEFENDANTS**

Anchondo, et al

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Sonny Ray Hardaway
PO Box 921
Imperial, CA 92251
P-45579

**ATTORNEYS (IF KNOWN)**

'08 CV 1605 W WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE ___   Docket Number ___

DATE   9/2/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller